In the Matter of the Accounting of MICHAEL FRIEDSAM et al., as Executors of BENJAMIN ALTMAN, Deceased, Respondents.

MARY C. SULLIVAN et al., Appellants.

*Matter of Friedsam,* 171 App. Div. —, affirmed.
(Argued February 23, 1916; decided March 14, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 5, 1915, which affirmed a decree of the New York County Surrogate's Court disallowing claims by the appellants herein to legacies under the will of Benjamin Altman, deceased. By the seventh clause of said will the testator provided for legacies to certain classes of his employees, providing, however, that piece workers should not be included. The appellants at the commencement of their terms of employment by the testator were piece workers. At the time of his death and for some time prior thereto they were regularly salaried employees. The question was whether they were excluded from the benefits provided for by the will.

*Paris S. Russell* and *John Ingle, Jr.,* for appellants.

*George W. Wickersham* for respondents.

Order affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK and CARDOZO, JJ. Dissenting on opinion of LAUGHLIN, J., below: WILLARD BARTLETT, Ch. J., SEABURY and POUND, JJ.